# EXHIBIT A





**Request Information**
Describe the records sought in sufficient detail to enable USPS personnel to locate them with a reasonable amount of effort. Whenever possible, include specific information about each record sought such as the type of record; the title or case number of a specific document or report; the topic or subject matter, the name of the office, facility, functional unit or employees most likely to possess the record, the geographical location, such as a city and state, where the records are thought to exist; the date or general timeframe of the record's creation; and any details related to the purpose of the record. For additional information about how to submit a FOIA request, see 39 CFR 265.3(c). A request that does not reasonably describe the records sought, or does not comply with the published rules regarding the procedures to be followed for submitting a request, will be deemed to be an improper FOIA request. A request for any and all records about a broad subject matter is generally not a reasonable description.

**Requesting Records About Another Person** - you may receive greater access by including the record subject's written consent and verification of identify, or in the case the subject is deceased, evidence of proof of their death. A death certificate, a newspaper obituary, or comparable proof of death can be used to meet this requirement. Otherwise, records relating to another person and disclosure of the records could invade that person's privacy ordinarily will not be disclosed to you. You may add the authorization and verification of identity in the **Privacy Waiver and Authorization** attachment option below. To download an authorization form click here.

**Requesting Records About Yourself** - you must verify your identity and provide a signed request. Appropriate identification may include such information as your mailing address, employee identification number, or other personal identifier. You may also provide one of the following 1) a signed request that includes your identifying information and witnessed by a notary, or 2) a certification of identity statement immediately above the signature on your request letter: "I declare under penalty of perjury that the foregoing is true and correct. Executed on [date]." You may add your written, signed request and verification of identity in the **Proof of Identity** option below. To download a proof of identify form click here.

**Description of Request**

> Thank you for quick fulfillment of two earlier requests, No. 2021-FPRO-00980 and No. 2021-FPRO-01334. They included monthly summary data showing the number of residential postal customers who filed change-of-address requests in 2017-2020. They contained separate tallies for temporary and permanent requests. They were

You may attach a pdf version of your written request in the **Description Document** attachment option below however you will be required to enter a brief description of the records requested.

| | | | |
|---|---|---|---|
| Date Range for Record Search: From(mm/dd/yyyy) | | To (mm/dd/yyyy) | |
| Description Document | 📎 Add Attachment | | |
| Privacy Waiver & Authorization | 📎 Add Attachment | | |
| Proof of Identity | 📎 Add Attachment | | |

**Fee Information**
You may state the maximum amount of fees for which you are willing to accept liability without prior notice. If no amount is stated, you will be deemed willing to accept liability for fees not to exceed $25.00.

Records will be furnished without charge or at a reduced rate if you are able to demonstrate that 1) disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Postal Service, and 2) disclosure of the information is not primarily in your commercial interest. For additional information about fee waiver requests, see 39 CFR 265.9(j).

**Willing Amount ($)**: 100.00

To request a fee waiver you must be able to demonstrate:
- disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Postal Service, and
- disclosure of the information is not primarily in your commercial interest.

For additional information about fee waiver requests, see 39 CFR 265.9(j).

| | |
|---|---|
| Fee Waiver Requested | ☑ 📎 Add Attachment |
| Fee Waiver Granted | TBD |
| Fee Waiver Request Reason | As a reporter for The Wall Street Journal, a news media organization, I request a waiver of fees. Release of this information is likely to contribute significantly to public understanding of pandemic effects, including on postal operations. |

**Cost Details :**

| | |
|---|---|
| Total Cost | $0.00 |
| Cost Incurred | $0.00 |
| Amount Paid | $0.00 |
| Balance Amount | $0.00 |
| Payment Status | No Charges |
| Willing to Pay All Fees | ☐ |

**Expedite Information**

Requests will be processed on an expedited basis whenever it is determined that they involve circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual or there is an urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information.

Expedited Processing Requested    ☐ 🖉 Add Attachment

Explain in detail the basis for making the request for expedited processing. By completing this section, you certify that the statement provided to be true and correct. For additional information about completing this section, see 39 CFR 265.5(c).

Need for Expedited Processing

Copyright © 2017 USPS. All Rights Reserved.