# EXHIBIT E

| Request - | 2021-FPRO-014-69 | ✉ Inbox (0) | ✈ Compose Message | 🔔 Sent Messages | Withdraw Request |

← Back (RequestStatus.aspx)

## Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Ms. Marie P Patino**
Journalist
Bloomberg LP
1101 New York Avenue NW
Floor 9A - Bloomberg LP
Washington, D.C., DC  20005
Phone 202-807-2344
mpatino14@bloomberg.net

Requester Default Category: News Media

## Request Details

| | |
|---|---|
| Date Requested | 03/30/2021 |
| Status | Closed |

## General Information

| | |
|---|---|
| Requester Service Center | HQ Records Office |
| Action Office Instructions | for Postal Service Headquarters controlled records including contracts, building leases, and other real estate transactions or employee listings |

**Requester Category Descriptions**

- **Commercial Organization**: A requester who asks for information for a use or purpose that furthers a commercial, trade, or profit interest, which can include furthering those interests through litigation.
- **Educational or Scientific**: A requester who asks for information under the auspices of an educational institution for the purpose of furthering scholarly research or a requester that asks for information for an institution that is not operated on a commercial basis, but solely for the purpose of conducting scientific research the results of which are not intended to promoted any particular product or industry.
- **News media:** A requester that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience. "News" means information that is about current events or that would be of current interest to the public.
- **All others:** You are a requester who does not fall within any of the preceding categories.

| | |
|---|---|
| Requester Category | News Media |
| Send Response Via | E-mail |
| Payment Mode | ---------------Select--- |

**Shipping Address**

| | | | |
|---|---|---|---|
| Address | 1101 New York Ave | Apartment/Suite Number | Floor 9A - Bloombe |
| City | Washington, D.C. | State | District of Columbia |
| Country | United States | Zip Code | 20005 |

**Request Information**

**Requesting Records About Another Person** - you may receive greater access by including the record subject's written consent and verification of identify, or in the case the subject is deceased, evidence of proof of their death. A death certificate, a newspaper obituary, or comparable proof of death can be used to meet this requirement.  Otherwise, records relating to another person and disclosure of the records could invade that person's privacy ordinarily will not be disclosed to you. You may add the authorization and verification of identity in the **Privacy Waiver and Authorization** attachment option below.  To download an authorization form click here (http://about.usps.com/who-we-are/foia/privacy-waiver_07-25-2017.pdf).

**Requesting Records About Yourself** - you must verify your identity and provide a signed request.  Appropriate identification may include such information as your mailing address, employee identification number, or other personal identifier.  You may also provide one of the following 1) a signed request that includes your identifying information and witnessed by a notary, or 2) a certification of identity statement immediately above the signature on your request letter: "I declare under penalty of perjury that the foregoing is true and correct.  Executed on [date]."  You may add your written, signed request and verification of identity in the **Proof of Identity** option below.  To download a proof of identify form click here (http://about.usps.com/who-we-are/foia/identity-certification_07-25-2017.pdf).

| | |
|---|---|
| Description of Request | Hello,<br>Sorry for yet another request of this dataset -- change of addresses data, per zip, but only for the month of December 2020. I |

You may attach a pdf version of your written request in the **Description Document** attachment option below however you will be required to enter a brief description of the records requested.

| | | | |
|---|---|---|---|
| Date Range for Record Search: From(mm/dd/yyyy) | 01/12/2020 | To (mm/dd/yyyy) | 01/01/2021 |
| Description Document | 📎 Add Attachment | | |
| Privacy Waiver & Authorization | 📎 Add Attachment | | |
| Proof of Identity | 📎 Add Attachment | | |

**Fee Information**

| | |
|---|---|
| Willing Amount ($) | 25.00 |

To request a fee waiver you must be able to demonstrate:
- disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Postal Service, and
- disclosure of the information is not primarily in your commercial interest.

For additional information about fee waiver requests, see 39 CFR 265.9(j).

| | |
|---|---|
| Fee Waiver Requested | ☑ 🖉 Add Attachment |
| Fee Waiver Granted | TBD |
| Fee Waiver Request Reason | News media -- this is to inform the public of migration patterns during the pandemic. |

**Cost Details :**

| | |
|---|---|
| Total Cost | $0.00 |
| Cost Incurred | $0.00 |
| Amount Paid | $0.00 |
| Balance Amount | $0.00 |
| Payment Status | No Charges |
| Willing to Pay All Fees | ☐ |

**Expedite Information**

| | |
|---|---|
| Expedited Processing Requested | ☐ 🖉 Add Attachment |

Explain in detail the basis for making the request for expedited processing. By completing this section, you certify that the statement provided to be true and correct. For additional information about completing this section, see 39 CFR 265.5(c).

| | |
|---|---|
| Need for Expedited Processing | |

Copyright © 2017 USPS. All Rights Reserved.