```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv6112 (DLC)
BLOOMBERG L.P. and DOW JONES & COMPANY,  :
INC.,                                    :         ORDER
                                         :
                     Plaintiffs,         :
                                         :
              -v-                        :
                                         :
UNITED STATES POSTAL SERVICE,            :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received on August 31, 2022 the parties' consent letter motion requesting an adjournment, it is hereby

ORDERED that the initial pretrial conference is adjourned until **October 21, 2022 at 9:30 A.M.**

Dated:   New York, New York
         August 31, 2022

                                     _____
                                            DENISE COTE
                                     United States District Judge