

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 16, 2022

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street, Room 1910
New York, New York 10007

      Re:    *Bloomberg L.P. v. United States Postal Service,*
              22 Civ. 6112 (DLC)

Dear Judge Cote:

      This Office represents defendant United States Postal Service ("USPS" or "Defendant") in the above-referenced Freedom of Information Act case commenced by plaintiffs Bloomberg L.P. and Dow Jones & Company, Inc. (jointly, "Plaintiffs"). We write respectfully to request that the summary judgment deadlines that were so-ordered by the Court on October 18, 2022 [ECF No. 13] be extended pursuant to the proposed revised schedule below. The extension is requested due to the undersigned attorney's press of business and USPS's need for additional time to prepare documents in support of its opening motion for summary judgment. This is USPS's first request for an extension of the summary judgment deadlines in this case. Plaintiffs consent to this request. These proposed extensions have been discussed and agreed upon by the parties as set forth below:

| Summary Judgment Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Defendant's motion for summary judgment | November 18, 2022 | December 9, 2022 |
| Plaintiffs' opposition to Defendant's motion and cross-motion for summary judgment | December 23, 2022 | January 20, 2023 |
| Defendant's reply in further support of summary judgment and in opposition to Plaintiffs' cross-motion | January 13, 2023 | February 17, 2023 |
| Plaintiffs' reply in further support of summary judgment | February 3, 2023 | March 10, 2023 |

      We thank the Court for its consideration of this request.

Granted.

*Denise Cote*
11/16/22

Hon. Denise L. Cote  
November 16, 2022

Page 2 of 2

                Respectfully submitted,

                DAMIAN WILLIAMS  
                United States Attorney  
                *Counsel for Defendant*

By:    */s/ Tomoko Onozawa*  
       TOMOKO ONOZAWA  
       Assistant United States Attorney  
       Tel: (212) 637-2721  
       Fax: (212) 637-2717  
       Email: tomoko.onozawa@usdoj.gov

cc:    All Counsel of Record (via ECF)