DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2721
Facsimile: (212) 637-2686
Email: tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLOOMBERG L.P. and DOW JONES & COMPANY, INC.,

                Plaintiffs,

-v-

UNITED STATES POSTAL SERVICE,

                Defendant.

22 Civ. 6112 (DLC)

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant United States Postal Service's Motion for Summary Judgment, the Declaration of Jeffrey Tackes dated December 9, 2022, and the exhibits annexed thereto, defendant United States Postal Service, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 56(a) directing summary judgment its favor.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's endorsed order dated November 16, 2022 [ECF. No. 15], opposition papers, if any, are due on or before December 23, 2022, and reply papers, if any, are due on or before January 13, 2023.

2

Dated: December 9, 2022
        New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    */s/ Tomoko Onozawa*
TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2721
Facsimile: (212) 637-2686
Email: tomoko.onozawa@usdoj.gov

2