**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BLOOMBERG L.P. and DOW JONES &
COMPANY, INC.,

                              Plaintiffs,          22 **CIVIL** 6112 (DLC)

        -against-                        **JUDGMENT**

UNITED STATES POSTAL SERVICE,

                              Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 13, 2023, Defendant's December 9, 2022 motion for summary judgment is granted. The Plaintiffs' January 20, 2023 motion for summary judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York
            June 14, 2023

                                                                      **RUBY J. KRAJICK**

                                                                       _____
                                                                         **Clerk of Court**

                                      **BY:**

                                                                       _____
                                                                         **Deputy Clerk**