IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BLOOMBERG L.P.** <br><br> and <br><br> **DOW JONES & COMPANY, INC.**, <br><br>       Plaintiffs, <br><br>   v. <br><br> **UNITED STATES POSTAL SERVICE**, <br><br>       Defendant. | Civil Action No. 22-cv-6112 (DLC) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Bloomberg L.P. and Dow Jones & Company, Inc. ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the opinion and order entered on June 13, 2023 and the judgment entered on June 14, 2023.

Dated: July 7, 2023

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
N.Y. Bar No. 5480199
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

*Counsel for Plaintiffs*